SCWC-11-0001093

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

BG INCORPORATED, a Hawaiʻi corporation, BRYAN FUNAI AND
CYNTHIA J. FUNAI, Respondents/Plaintiffs-Appellees,

vs.

WILLIAM S. ELLIS, JR., Petitioner/Defendant-Appellant,

and

P.F. THREE PARTNERS, a Hawaiʻi limited partnership,
BARBARA A. SUMIDA, SUCCESSOR TRUSTEE OF THE MASURU SUMIDA TRUST;
STANLEY UNTEN, TRUSTEE AND SHAREHOLDER OF BANANA GROWERS OF
HAWAIʻI, INC., a dissolved Hawaiʻi Corporation; TAMAE M. SHIRAISHI
and DEBRA J. SHIRAISHI-PRATT, SUCCESSOR CO-TRUSTEES TO CHARLEY T.
SHIRAISHI, TRUSTEE OF THE CHARLEY T. SHIRAISHI REVOCABLE TRUST,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0001093; CIV. NO. 05-1-0232(2))

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for certiorari was filed, see Hawaiʻi Revised Statutes § 602-59(a) (Supp. 2011); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2012),

IT IS HEREBY ORDERED that Petitioner/Defendant-Appellant's application for writ of certiorari, filed July 26, 2013, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2012) ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED: Honolulu, Hawai'i, August 7, 2013.

William S. Ellis, Jr.,
pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

